UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

BOBBY HARRISON MORRIS II,

    Plaintiff,

v.                                           4:11-cv-15

TIM FULLER, et al.,

    Defendants.

## MEMORANDUM

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2011, the court granted plaintiff's motion for an extension of time to provide documents. Plaintiff's copy of that order, which was mailed to him at his last known address of the Franklin County Jail, was returned undelivered on August 18, 2011 with the notation "no longer here." In the court's initial order, plaintiff was ordered to inform the court immediately of any address changes. Plaintiff was also advised that failure to provide a correct address within ten days following any change of address would result in the dismissal of this action.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b);

*Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).  The court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous.  *See* Fed. R. App. P. 24.

      **AN APPROPRIATE ORDER WILL ENTER.**

                                       */s/Harry S. Mattice, Jr.*
                                       HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE